**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case No:   10-62131 |
| JASON SEWARD | | |
| MICHELLE LEE SEWARD | : | Chapter 13 |
| | : | Judge:   John E. Hoffman Jr. |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:   June 30, 2011                              /s/ Frank M. Pees
                                                                    _____
                                                                    Frank M. Pees
                                                                    Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| JASON SEWARD & MICHELLE LEE SEWARD<br>PO BOX 244<br>BLACKLICK, OH  43004 | 2,370.67 |